**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ROBERTO CAMPOS-HERRERA,

      Defendant.

CASE NO. 11CR5594-BEN

**JUDGMENT OF DISMISSAL**

FILED JAN 2 6 2012 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8:1326(a) and (b)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/26/2012

*[signature]*

Mitchell D. Dembin
U.S. Magistrate Judge